Commonwealth *v.* Bond, Appellant.

Argued March 19, 1971.

*William C. Foster,* for appellant; *J. Bruce McKissock,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.